NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**AMERANTH, INC.,**
*Appellant*

v.

**APPLE, INC., EVENTBRITE, INC., STARWOOD HOTELS & RESORTS WORLDWIDE INC., EXPEDIA, INC., FANDANGO, LLC, HOTELS.COM, L.P., HOTEL TONIGHT, INC., HOTWIRE, INC., KAYAK SOFTWARE CORP., OPENTABLE, INC., ORBITZ, LLC, PAPA JOHN'S USA, INC., STUBHUB, INC., TICKETMASTER, LLC, LIVE NATION ENTERTAINMENT, INC., TRAVELOCITY.COM LP, WANDERSPOT LLC, AGILYSYS, INC., DOMINO'S PIZZA, INC., DOMINO'S PIZZA, LLC, HILTON RESORTS CORPORATION, HILTON WORLDWIDE, INC., HILTON INTERNATIONAL CO., MOBO SYSTEMS, INC., PIZZA HUT OF AMERICA, INC., PIZZA HUT, INC., USABLENET, INC., STARBUCKS CORP.,**
*Appellees*

2016-2678, 2016-2679, 2016-2680, 2016-2681

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2015-00080, CBM2015-00082, CBM2015-00091,

CBM2015-00096, CBM2015-00097, CBM2015-00099, CBM2016-00006, CBM2016-00007.

_____

# O R D E R

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the four appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than November 1, 2016.

                                        FOR THE COURT

                                        /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court

s26